No. 86–826. THOMAS ET AL. *v.* UNITED STATES; IVY *v.* UNITED STATES; SMITH *v.* UNITED STATES; THOMPSON *v.* UNITED STATES; DEFIBAUGH *v.* UNITED STATES; McCALLUM *v.* UNITED STATES; HOLMES *v.* UNITED STATES; SCHLOTE *v.* UNITED STATES; and SHEPHERD *v.* UNITED STATES. Ct. Mil. App. Certiorari denied. Reported below: 22 M. J. 388 (first case); 23 M. J. 153 (second case); 23 M. J. 163 (third case); 23

M. J. 153 (fourth case); 23 M. J. 180 (fifth case); 23 M. J. 156 (sixth case); 23 M. J. 152 (seventh case); 23 M. J. 155 (eighth case); 23 M. J. 155 (ninth case).